UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-16-GCM

| | |
|---|---|
| EVANTHIA F PappAS, MICHAEL R DEAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

THIS MATTER is before the Court on its own motion. Plaintiffs sent the Court a letter asking for oral argument in order to respond to assertions made by the Government in its recent reply brief. The Court will treat Plaintiffs' letter as a Motion for Oral Argument and a Motion for Permission to File a Surreply. The Court hereby GRANTS Motion for Permission to File a Surreply. The surreply is not to exceed 25 pages and must be filed within 30 days of entry of this order. After reading the parties' briefs, the Court will decide if oral argument is necessary.

Signed: April 14, 2010

Graham C. Mullen
United States District Judge