UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-16-GCM

| | |
|---|---|
| EVANTHIA F PAPPAS, MICHAEL R DEAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

THIS MATTER is before the Court on Defendant's Motion to Dismiss. A hearing has been scheduled for July 29, 2010 at 10:30 a.m. in Courtroom #3 of the Charlotte Federal Courthouse. SO ORDERED.

Signed: July 7, 2010

Graham C. Mullen
United States District Judge