THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:10-CV-16-GCM**

| | | |
|---|---|---|
| EVANTHIA F. PAPPAS, MICHAEL R. DEAN, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| UNITED STATES OF AMERICA | ) ) | |
| **Defendant.** | ) ) ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss. For the reasons stated in the July 29, 2010 hearing, Defendant's Motion to Dismiss pursuant to Rule 12(b)(1) is **DENIED**.

**SO ORDERED.**

Signed: July 30, 2010

Graham C. Mullen
United States District Judge