IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

| | |
|---|---|
| MICHAEL R. DEAN, Co-Administrator C.T.A., Estate of Helen P. Pauls, and EVANTHIA F. PAPPAS, Co-Administrator C.T.A., Estate of Helen P. Pauls, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ORDER |

**THIS MATTER** is before the Court on Cross Motions for Summary Judgment. For the reasons stated in the September 14, 2011 hearing, both Plaintiffs' and Defendant's Motions for Summary Judgment pursuant to Rule 56 are **DENIED**.

**SO ORDERED.**

Signed: September 14, 2011

Graham C. Mullen
United States District Judge

1