**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-16-GCM**

| | | |
|---|---|---|
| **MICHAEL R. DEAN,** | ) | |
| **Co-Administrator C.T.A.,** | ) | |
| **Estate of Helen P. Pauls,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **EVANTHIA F. PAPPAS,** | ) | |
| **Co-Administrator C.T.A.,** | ) | |
| **Estate of Helen P. Pauls,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **December 12, 2011** at 10:00 A.M. in Courtroom # 3.

SO ORDERED.

Signed: September 26, 2011

Graham C. Mullen
United States District Judge