IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

| | |
|---|---|
| MICHAEL R. DEAN, Co-Administrator C.T.A., Estate of Helen P. Pauls, <br><br>and<br><br>EVANTHIA F. PAPPAS, Co-Administrator C.T.A., Estate of Helen P. Pauls,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Defendant's Motion to Strike Plaintiffs' Proposed Voir Dire Question No. 8 (D.I. 51). For the reasons stated during jury selection on December 5, 2011, Defendant's Motion is **DENIED**.

**SO ORDERED.**

Signed: December 7, 2011

Graham C. Mullen
United States District Judge