IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

| | |
|---|---|
| MICHAEL R. DEAN, Co-Administrator C.T.A., Estate of Helen P. Pauls, <br><br>and<br><br>EVANTHIA F. PAPPAS, Co-Administrator C.T.A., Estate of Helen P. Pauls,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to in Limine to preclude the Plaintiffs from offering any evidence concerning the Plaintiffs' refund claim allegedly granted by the North Carolina Department of Revenue (D.I. 52). For the reasons stated during trial on December 12, 2011, Defendant's Motion is **DENIED**.

**SO ORDERED.**

Signed: December 13, 2011

Graham C. Mullen
United States District Judge

1