IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

| | |
|---|---|
| MICHAEL R. DEAN, Co-Administrator C.T.A., Estate of Helen P. Pauls, <br><br>and<br><br>EVANTHIA F. PAPPAS, Co-Administrator C.T.A., Estate of Helen P. Pauls,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to in Limine to preclude submission of Plaintiffs' Issue No. 3 to the Jury (D.I. 54). For the reasons stated during trial on December 12, 2011, Defendant's Motion is **GRANTED**.

**SO ORDERED.**

Signed: December 13, 2011

Graham C. Mullen
United States District Judge

1