IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

MICHAEL R. DEAN, Co-Administrator  
C.T.A., Estate of Helen P. Pauls,

and

EVANTHIA F. PAPPAS, Co-Administrator  
C.T.A., Estate of Helen P. Pauls,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

**JUDGMENT**

**IT IS THE JUDGMENT OF THIS COURT** that the Plaintiffs have and recover from the United States of America the sum of $333,445.00 plus interest from the date of the entry of this judgment.

Signed: December 13, 2011

Graham C. Mullen  
United States District Judge

1