IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00016

| | |
|---|---|
| MICHAEL R. DEAN, Co-Administrator C.T.A., Estate of Helen P. Pauls, <br><br>and<br><br>EVANTHIA F. PAPPAS, Co-Administrator C.T.A., Estate of Helen P. Pauls,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on its own Motion. The hearing scheduled for March 1, 2012 regarding Plaintiffs' Motion for Attorney Fees and Costs [D.I. 74] is hereby CANCELLED. The Court will defer ruling on Plaintiffs' Motion for Attorneys Fees and Costs pending resolution of the Appeal of the Judgment in this matter.

**IT IS SO ORDERED.**

Signed: February 22, 2012

Graham C. Mullen
United States District Judge

1